1
2
3
4
5
6
7
8

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Guadalupe A Lopez, | No. CV-20-02043-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Premier Fuel Distributors, | |
| Defendant. | |

The Court having received notice that this case has settled (Doc. 25),

**IT IS ORDERED** that the Clerk of Court shall, without further notice, **DISMISS** this entire case on November 5, 2021, with prejudice, and shall enter judgment accordingly, unless prior thereto a party withdraws the notice of settlement.

Dated this 24th day of September, 2021.

_____
James A. Teilborg
Senior United States District Judge