# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Guadalupe A Lopez, | NO. CV-20-02043-PHX-JAT |
| Plaintiff, | |
| v. | **JUDGMENT OF DISMISSAL IN A CIVIL CASE** |
| Premier Fuel Distributors, | |
| Defendant. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, pursuant to the parties' Notice of Settlement filed September 23, 2021 and the Court's Order filed September 24, 2021, this case is hereby dismissed with prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

November 10, 2021

By  s/ S. Hargrove
    Deputy Clerk